UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHADD WOOD,

                Plaintiff,

-against-

VIACOMCBS/PARAMOUNT,

                Defendant.

22-CV-6323 (LTS)

ORDER OF DISMISSAL

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

    By order dated July 28, 2022, the Court directed Plaintiff, within thirty days, to submit an amended request to proceed in forma pauperis ("IFP application") or pay the $402.00 in fees required to file a civil action in this court. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed an amended IFP application or paid the fees. Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

    The Clerk of Court is directed to issue judgment in this case.

SO ORDERED.

Dated:  September 26, 2022
           New York, New York

                                      /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                       Chief United States District Judge