UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHADD WOOD,

                Plaintiff,

      -against-

VIACOMCBS/PARAMOUNT,

                Defendants.

22-CV-6323(LTS)

CIVIL JUDGMENT

    For the reasons stated in the September 26, 2022, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  September 26, 2022
         New York, New York

                                    /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                                    Chief United States District Judge