UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHADD WOOD,

        Plaintiff,

-against-

VIACOMCBS/PARAMOUNT.,

        Defendants.

22-CV-6323 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Plaintiff filed this action *pro se*. On July 28, 2022, the Court directed Plaintiff, within 30 days, to submit an amended request to proceed *in forma pauperis* ("IFP application") or pay the $402.00 in fees required to file a civil action in this court. That order specified that failure to comply would result in dismissal of the complaint. Because Plaintiff failed to file an IFP application, pay the fees, or otherwise communicate with the court, the Court dismissed the action without prejudice on September 26, 2022. On October 6, 2022, Plaintiff submitted an amended IFP application, along with a letter stating that he had mailed the amended IFP application to the Court on August 10, 2022.

    In light of Plaintiff's submission, the Clerk of Court is directed to vacate the Court's September 26, 2022, order and judgment, and reopen this action.

SO ORDERED.

Dated:  November 3, 2022
          New York, New York

                                      /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                  Chief United States District Judge