UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHADD WOOD,

                Plaintiff,

-against-

VIACOMCBS/PARAMOUNT,

                Defendant.

22-CV-6323 (RA)

ORDER OF SERVICE

---

RONNIE ABRAMS, United States District Judge:

    Plaintiff, who is appearing *pro se*, brings this action under 28 U.S.C. § 1332, alleging that Defendant discriminated against her. By order dated November 3, 2022, the Court granted Plaintiff's request to proceed *in forma pauperis* (IFP), that is, without prepayment of fees.

## DISCUSSION

    Because Plaintiff has been granted permission to proceed IFP, he is entitled to rely on the Court and the U.S. Marshals Service to effect service.[1] *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP)).

    To allow Plaintiff to effect service on Defendant ViacomCBS/Paramount through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for Defendant. The Clerk of Court is

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have served the summons and the complaint until the Court reviewed the complaint and ordered that the summons be issued. The Court therefore extends the time to serve until 90 days after the date the summons is issued.

further instructed to issue a summons and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon Defendant.

If the complaint is not served within 90 days after the date the summons is issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiff must notify the Court in writing if his address changes, and the Court may dismiss the action if Plaintiff fails to do so.

## CONCLUSION

The Clerk of Court is instructed to issue a summons for ViacomCBS/Paramount, complete the USM-285 form with the address for this defendant, and deliver all documents necessary to effect service to the U.S. Marshals Service.

### DEFENDANT AND SERVICE ADDRESS

ViacomCBS/Paramount
1515 Broadway
New York, New York 10010

The Clerk of Court is directed to mail an information package to Plaintiff.

SO ORDERED.

Dated:   November 10, 2022
         New York, New York

Hon. Ronnie Abrams
United States District Judge

2