# MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/07/2023

**U.S. DISTRICT COURT**
**Southern District of New York**

CHADD WOOD

        Plaintiffs,

v.

VIACOMCBS/PARAMOUNT

        Defendants.

Case No.: 22-CV-6323

**PLAINTIFF'S MOTION TO APPEAR REMOTELY**

**JURY TRIAL DEMANDED**

Judge: JENNIFER H. REARDEN

Date Action filed: 07/15/2022
Date set for trial: 9/19/2023

> **APPLICATION GRANTED:** The Initial Case Management Conference in this matter scheduled for <u>Tuesday, September 19, 2023, at 11:45 a.m.</u> is hereby converted to a telephonic conference. The parties are directed to call Judge Parker's AT&T conference line at the scheduled time. Please dial (866) 434-5269; access code 4858267. <u>The Clerk of Court is directed to mail a copy of this order to the Plaintiff.</u>
>
> APPLICATION GRANTED
>
> *Katharine H. Parker*
>
> Hon. Katharine H. Parker, U.S.M.J.
> 08/07/2023

**DEFENDANT'S MOTION TO APPEAR REMOTELY**

Comes now Plaintiff, (hereinafter "Plaintiff"), and requests permission from the Court to appear remotely for [hearings moving forward] because Plaintiff is currently managing work and is therefore unable to appear in person on the specified hearing dates moving forward because of the 7 hour drive difference it would cause too much strain on Plaintiff financially, economically because of no vehicle to get around and mentally. In support of this motion, Plaintiff states as follows:

1

1. The parties' hearing is on [September 19, 2023].

3. Plaintiff will be accessible via telephone on [September 19, 2023].

4. Plaintiff requested permission to attend the hearing via telephone conference.

Wherefore, the Plaintiff respectfully requests:

1. That Plaintiff be permitted to appear telephonically on [September 19, 2023].

2. That this Court grant any such other relief this Court deems just, equitable and proper.

Dated: 8/2/2023

Respectfully Submitted,

_____ ALL RIGHTS RESERVED
Chadd Wood,

Plaintiff

## V. CERTIFICATE OF SERVICE

I hereby certify that a copy of Plaintiff Motion to Appear Telephonically. The undersigned hereby certifies that a true and accurate copy of the foregoing instrument was forwarded this on <u>July 28, 2023 electronically via Pacer system.</u>

Dated: __8/2/2023__

Respectfully Submitted,

_____  ALL RHTS RESERVED
Chadd Wood,

Plaintiff