```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/27/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHADD WOOD,

                        Plaintiff,

       -against-

VIACOMCBS/PARAMOUNT,

                        Defendants.

**ORDER**

22-CV-6323 (JHR) (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge.**

The initial case management conference scheduled on **January 11, 2024 at 10:00 a.m.** is converted to a telephonic conference. At the scheduled time, the parties shall dial the Court's conference line at 866-434-5269, access code 4858267#.

**The Clerk of Court is respectfully directed to mail a copy of this order to the Plaintiff.**

SO ORDERED.

Dated: New York, New York
       December 27, 2023

_____
KATHARINE H. PARKER
United States Magistrate Judge