USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/03/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHAD WOOD,

                            Plaintiff,

-against-

VIACOMCBS/PARAMOUNT,

                            Defendants.

**ORDER RESCHEDULING SETTLEMENT CONFERENCE**

22-CV-6323 (JHR) (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge.**

The settlement conference in this matter utilizing Microsoft Teams scheduled for Thursday, April 4, 2024 at 10:00 a.m. is hereby rescheduled to **Monday, May 20, 2024 at 2:00 p.m.** The parties will be sent an invitation by Judge Parker's chambers prior to the rescheduled conference date. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Updated pre-conference submissions must be received by the Court no later than **May 13, 2024 by 5:00 p.m.**

**The Clerk of Court is directed to mail a copy of this order to the Plaintiff**

Dated: New York, New York
      April 3, 2024

                            **SO ORDERED.**

*/s/ Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge