UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHAD WOOD,

                        Plaintiff,

-against-

VIACOMCBS/PARAMOUNT,

                        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/21/2024

**ORDER ON MOTION TO SEAL**

22-CV-6323 (JHR)(KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      On November 9, 2024, Defendant filed a Letter Motion requesting redaction of Defendant's Memorandum of Law in Support of Its Motion to Dismiss Plaintiff Chadd Wood's Second Amended Complaint filed on November 8, 2024. (ECF No. 91) Defendant notes that the redactions are for "personal medical information" pertaining to Plaintiff. (*Id.*) On November 9, 2024, Defendant also filed its proposed redactions. (ECF Nos. 92 and 93)

      The Court has reviewed Defendant's filings and finds that the redactions are narrowly tailored to protect personal medical information and are consistent with the *Lugosch* standard. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006) (finding that courts may grant motions to seal where the parties make "specific, on the record findings . . . demonstrating that closure is essential to preserve higher values and [sealing] is narrowly tailored to serve that interest."). Therefore, Defendant's Letter Motion to Seal is GRANTED.

      **The Clerk of Court is respectfully directed to terminate the motion at ECF No. 91.**

      SO ORDERED.

Dated:    November 21, 2024
              New York, New York

                                            KATHARINE H. PARKER
                                            United States Magistrate Judge