**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
CHADD WOOD,

                Plaintiff,

       -against-                          22 **CIVIL** 6323 (LTS)(KHP)

                                               **JUDGMENT**

VIACOMCBS/PARAMOUNT,

                Defendant.

-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum Order dated April 29, 2025, Defendant's motion to dismiss the Second Amended Complaint is granted in its entirety. Plaintiff's federal claims are dismissed with prejudice, and the Court has declined to exercise supplemental jurisdiction over Plaintiff's state and local law claims, dismissing such claims without prejudice. The Court certifies under 28 U.S.C. section 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962); accordingly, the case is closed.

**Dated:**  New York, New York

        April 29, 2025

                                     **TAMMI M HELLWIG**

                                     **Clerk of Court**

**BY:**                   K. Mango

                                     **Deputy Clerk**